IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| iBAHN CORPORATION, | ) | Case No. 13-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 35 LARGEST UNSECURED CLAIMS

Following is a list of the Debtors' creditors holding the 35 largest unsecured claims on a consolidated basis. The list is prepared in accordance with Fed. R. Bankr. P. 1007 d) for filing in this chapter 11 case.  The list does not include 1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or 2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 35 largest unsecured claims against the debtors on a consolidated basis.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquidated, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| MCI<br>P.O. Box 660794<br>Dallas, TX  75266-0794 | MCI<br>Attn: Accounts Receivable Manager<br>P.O. Box 660794<br>Dallas, TX  75266-0794<br>Tel: (800) 319-9565<br>Fax: (303) 305-1525 | Trade | | $847,058.92 |
| Orrick, Herrington & Sutcliffe LLP<br>P. O. Box 61000<br>San Francisco, CA  94161-2887 | Orrick, Herrington & Sutcliffe LLP<br>Attn: Monte Cooper<br>P. O. Box 61000<br>San Francisco, CA  94161-2887<br>Tel: (415) 773-5735<br>Fax: (415) 773-5759 | Litigation | | $431,778.62 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquida-ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Perkins Coie LLP 1201 Third Ave, Suite 4900 Seattle, WA 98101-3099 | Perkins Coie LLP Attn: Buddy Arnheim 1201 Third Ave, Suite 4900 Seattle, WA 98101-3099 Tel: (206) 287-3143 Fax: (206) 359-9273 | Litigation | | $337,560.09 |
| Calltek Center International Inc 4th Floor, JY Square Cebu, Philippines 6000 | Calltek Center International Inc Attn: Accounts Receivable Manager 4th Floor, JY Square Cebu, Philippines 6000 Tel: (949) 268-9199 Fax: +63 32 236 1903 | Trade | | $157,247.58 |
| Microsoft Licensing, GP c/o Bank of America, Lockbox 842467 1950 N Stemmons Fwy Ste 5010 Dallas, TX 75202 | Microsoft Licensing, GP c/o Bank of America, Attn: Accounts Receivable Manager Lockbox 842467 1950 N Stemmons Fwy Ste 5010 Dallas, TX 75202 Tel: (775) 823-5600 Fax: (775) 826-5761 | Trade | | $139,570.43 |
| Ingram Micro Inc. P. O. Box 90341 Chicago, IL 60696-0341 | Ingram Micro Inc. Attn: Accounts Receivable Manager P. O. Box 90341 Chicago, IL 60696-0341 Tel: (800) 456-8000 Ext. 4400 Fax: (714) 566-9324 | Trade | | $128,621.3 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquidated, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Conference Connect c/o Paul Phipps 702 West 22nd Street San Pedro, CA  90731 | Conference Connect Attn: Paul Phipps 702 West 22nd Street San Pedro, CA  90731 Tel: (619) 302-2126 Fax: (310) 707-1232 | Trade | | $121,775.24 |
| NOP Cottonwood 2755 LLC PO Box 410005 Salt Lake City, UT  84141-0005 | NOP Cottonwood 2755 LLC Attn: Accounts Receivable Manager PO Box 410005 Salt Lake City, UT  84141-0005 Tel: (801) 930-6200 Fax: 801-930-6205 | Trade | | $111,825.34 |
| Back Office Xtension 4540 S Jupiter Dr Salt Lake City, UT  84124 | Back Office Xtension Attn: Accounts Receivable Manager 4540 S Jupiter Dr Salt Lake City, UT  84124 Tel: (800) 724-8521 Fax: (801) 281-0317 | Trade | | $93,891.00 |
| Universal Film Exchange LLP Pay TV 900 Sylvan Avenue, One CNBC Plaza Englewood Cliffs, NJ 7632 | Universal Film Exchange LLP Pay TV Attn: Accounts Receivable Manager 900 Sylvan Avenue, One CNBC Plaza Englewood Cliffs, NJ 7632 Tel: (201) 735-2622 Fax: (201) 735-3595 | Trade | | $84,375.00 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquida-ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| IES Commercial 2810 South Roosevelt Street Tempe, AZ 85282 | IES Commercial Attn: Accounts Receivable Manager 2810 South Roosevelt Street Tempe, AZ 85282 Tel: (480) 379-6345 Fax: (480) 379-6202 | Trade | | $74,919.30 |
| Skyline Electronics 8045 South 700 East, Suite 10 Sandy, UT 84070 | Skyline Electronics Attn: Accounts Receivable Manager 8045 South 700 East, Suite 10 Sandy, UT 84070 Tel: (801) 562-1650 Fax: (801) 562-1651 | Trade | | $73,577.56 |
| Starz Entertainment, LLC Attn: Accounts Receivable 8900 Liberty Circle Englewood, CO 80112 | Starz Entertainment, LLC Attn: Accounts Receivable Manager 8900 Liberty Circle Englewood, CO 80112 Tel: (720) 852-7333 Fax: (720) 852-8510 | Trade | | $73,102.00 |
| Marsh Fischmann & Breyfogle LLC 8055 E. Tufts Avenue, Suite #450 Denver, CO 80237 | Marsh Fischmann & Breyfogle LLC Attn: Accounts Receivable Manager 8055 E. Tufts Avenue, Suite #450 Denver, CO 80237 Tel: (303) 770-0051 Fax: (303) 770-0152 | Litigation | | $69,926.30 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquida-ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Ernst & Young LLP DEPT 6793 Los Angeles, CA 90084-6793 | Ernst & Young LLP Attn: Accounts Receivable Manager DEPT 6793 Los Angeles, CA 90084-6793 Tel: (801) 350-3300 Fax: (866) 831-3642 | Trade | | $65,750.00 |
| Delaware, Department of State, Division Of Corporations P.O. Box 898 Dover, DE 19903 | Delaware, Department of State, Division Of Corporations Attn: Secretary of State P.O. Box 898 Dover, DE 19903 Tel: (302) 739-3073 Fax: (302) 577-8662 | Tax | | $58,690.80 |
| Centurylink #84412785 P.O. Box 52187 Phoenix, AZ 85072-2187 | Centurylink #84412785 Attn: Accounts Receivable Manager P.O. Box 52187 Phoenix, AZ 85072-2187 Tel: (800) 860-1020 Fax: (866) 826-4839 | Trade | | $53,682.26 |
| Farnam Street Financial, Inc. 240 Pondview Plaza 5850 Opus Parkway Minnetonka, MN 55343 | Farnam Street Financial, Inc. Attn: Accounts Receivable Manager 240 Pondview Plaza 5850 Opus Parkway Minnetonka, MN 55343 Tel: (612) 904-8193 Fax: (952) 908-0796 | Operating Lease | | $52,919.26 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquidated, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| OneSource Building Technologies 1960 Rd West Suite 100 Houston, TX 77070-5643 | OneSource Building Technologies Attn: Accounts Receivable Manager 1960 Rd West Suite 100 Houston, TX 77070-5643 Tel: (713) 895-1786 Fax: (832) 782-6199 | Trade | | $50,769.15 |
| Advanced CFO Solutions 2663 Bridgeport Ave Cottonwood Heights, UT 84121 | Advanced CFO Solutions Attn: Accounts Receivable Manager 2663 Bridgeport Ave Cottonwood Heights, UT 84121 Tel: (801) 942-0408 Fax: (801) 365-5856 | Trade | | $50,000.00 |
| Network Hardware Resale, LLC 6500 Hollister Avenue Santa Barbara, CA 93117 | Network Hardware Resale, LLC Attn: Accounts Receivable Manager 6500 Hollister Avenue Santa Barbara, CA 93117 Tel: (800) 451-3407 Fax: (805) 690-3782 | Trade | | $47,249.14 |
| Softchoice Corporation 16609 Collections Center Drive Chicago, IL 60693 | Softchoice Corporation Attn: Accounts Receivable Manager 16609 Collections Center Drive Chicago, IL 60693 Tel: (416) 588-9002 Ext. 2199 Fax: (801) 566-2838 | Trade | | $45,655.76 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquidated, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Stone Turn Group<br>One Shell Plaza<br>910 Louisiana, Suite #4905<br>Houston, TX  77002 | Stone Turn Group<br>Attn: Accounts Receivable Manager<br>One Shell Plaza<br>910 Louisiana, Suite #4905<br>Houston, TX  77002<br>Tel: (713) 547-4000<br>Fax: (713) 547-4001 | Litigation | | $45,331.25 |
| Bold Data Technology, Inc.<br>48363 Fremont Blvd<br>Fremont, CA  94538 | Bold Data Technology, Inc.<br>Attn: Accounts Receivable Manager<br>48363 Fremont Blvd<br>Fremont, CA  94538<br>Tel: (800) 923-2653  Ext. 8955<br>Fax: (510) 490-7981 | Trade | | $42,625.00 |
| Syatt Systems AKA Digital Solutions<br>94 South 100 West<br>Alpine, UT  84004 | Syatt Systems AKA Digital Solutions<br>Attn: Accounts Receivable Manager<br>94 South 100 West<br>Alpine, UT  84004<br>Tel: (801) 860-0437 | Trade | | $38,311.40 |
| Arrow Electronics<br>13469 Collections Center Drive<br>Chicago, IL  60693-0134 | Arrow Electronics<br>Attn: Accounts Receivable Manager<br>13469 Collections Center Drive<br>Chicago, IL  60693-0134<br>Tel: (800) 833-3557<br>Fax: (631) 851-2360 | Trade | | $36,832.95 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Contingent, unliquida-ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| The Primavera Group<br>8661 West Cannes Drive<br>Littleton, CO  80127 | The Primavera Group<br>Attn: Accounts Receivable Manager<br>8661 West Cannes Drive<br>Littleton, CO  80127<br>Tel: (303) 887-9744 | Trade | | $31,764.72 |
| CN-TEC Resources<br>6955 Union Park Center, Suite 410<br>Cottonwood Heights, UT 84047 | CN-TEC Resources<br>Attn: Accounts Receivable Manager<br>6955 Union Park Center, Suite 410<br>Cottonwood Heights, UT 84047<br>Tel: (480) 993-0617<br>Fax: (801) 590-0501 | Trade | | $31,460.80 |
| Global Communications Group, Inc.<br>10333 East Dry Creek Rd., Suite #320<br>Englewood, CO  80112 | Global Communications Group, Inc.<br>Attn: Accounts Receivable Manager<br>10333 East Dry Creek Rd., Suite #320<br>Englewood, CO  80112<br>Tel: (877) 708-8900<br>Fax: (866) 709-5800 | Trade | | $30,000.00 |
| Viawest, INC<br>Accounts Receivable<br>P.O. Box 912362<br>Denver, CO  80291-2362 | Viawest, INC<br>Attn: Accounts Receivable Manager<br>P.O. Box 912362<br>Denver, CO  80291-2362<br>Tel: (303) 407-4801<br>Fax: (801) 596-7590 | Trade | | $26,779.00 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquida-ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| EAL Inc.<br>P.O. Box 95716<br>South Jordan, UT  84095 | EAL Inc.<br>Attn: Accounts Receivable Manager<br>P.O. Box 95716<br>South Jordan, UT  84095<br>Tel: (801) 673-0337<br>Fax: (720) 891-1024 | Trade | | $25,375.00 |
| Cushman & Wakefield<br>US Bank Lockbox 511335<br>16420 Valley View Ave.<br>La Mirada,  CA  90638 | Cushman & Wakefield<br>Attn: Accounts Receivable Manager<br>US Bank Lockbox 511335<br>16420 Valley View Ave.<br>La Mirada,  CA  90638<br>Tel: (303) 221-4644<br>Fax: (303) 813-6485 | Trade | | $24,364.39 |
| Graybar<br>Los Angeles, CA  90074-7073 | Graybar<br>Attn: Accounts Receivable Manager<br>2841 S 900 West<br>Salt Lake City,<br>UT  84119<br>Tel: (801) 975-1115<br>Fax: (801) 973-4314 | Trade | | $23,661.03 |
| Trade Show Emporium<br>3455 Ringsby Court #112<br>Denver, CO  80216 | Trade Show Emporium<br>Attn: Accounts Receivable Manager<br>3455 Ringsby Court #112<br>Denver, CO  80216<br>Tel: (866) 764-2968<br>Fax: (303) 459-2938 | Trade | | $23,121.74 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquida-ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Mark C. Del Bianco<br>3929 Washington St.<br>Kensington, MD  20895 | Mark C. Del Bianco<br>3929 Washington St.<br>Kensington, MD  20895<br>Tel: (301) 933-7216<br>Fax: (301) 933-7216 | Trade | | $23,107.5 |
| Derek E Evans CPA PLLC<br>3098 Highland Drive, Suite 325<br>Salt Lake City, UT  84106 | Derek E Evans CPA PLLC<br>Attn: Accounts Receivable Manager<br>3098 Highland Drive, Suite 325<br>Salt Lake City, UT  84106<br>Tel: (801) 532-7433<br>Fax: (801) 303-3131 | Trade | | $22,658.67 |
| Miami-Dade County Tax Collector<br>140 West Flagler St.<br>Miami, FL  33130-1575 | Miami-Dade County Tax Collector<br>Attn: Account Manager<br>140 West Flagler St.<br>Miami, FL  33130-1575<br>Tel: (305) 375-5465<br>Fax: (305) 375-1142 | Trade | | $19,522.05 |
| Level 3 Communications, LLC<br>P.O. Box 910182<br>Denver, CO  80291-0182 | Level 3 Communications, LLC<br>Attn: Accounts Receivable Manager<br>P.O. Box 910182<br>Denver, CO  80291-0182<br>Tel: (720) 888-1000<br>Fax: (720) 888-5134 | Trade | | $19,500.00 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern- ment contract, etc.) | Contingent, unliquida- ted, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| ATX Networks<br>PMB 841<br>60 Industrial Parkway<br>Cheektowaga, NY  14227 | ATX Networks<br>Attn: Accounts Receivable Manager<br>PMB 841<br>60 Industrial Parkway<br>Cheektowaga, NY  14227<br>Tel: (905) 428-6068<br>Fax: (905) 427-1964 | Trade | | $19,218.17 |
| Target CW<br>9475 Chesapeake Drive<br>San Diego, CA  92123 | Target CW<br>Attn: Accounts Receivable Manager<br>9475 Chesapeake Drive<br>San Diego, CA  92123<br>Tel: (858) 810-3000<br>Fax: (858) 810-3001 | Trade | | $19,058.61 |
| Advanced Media Technologies<br>3150 SW 15th Street<br>Deerfield Beach, FL 33442 | Advanced Media Technologies<br>Attn: Accounts Receivable Manager<br>3150 SW 15th Street<br>Deerfield Beach, FL 33442<br>Tel: (954) 427-5711<br>Fax: (954) 427-9688 | Trade | | $17,884.00 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| iBAHN CORPORATION, | ) | Case No. 13-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### CERTIFICATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING THE 35 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *Consolidated List of Creditors Holding the 35 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated List of Creditors Holding the 35 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: 1) a waiver of any defense to any listed claims; 2) an acknowledgement of the allowability of any list claims; and/or 3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 6, 2013

_____

Ryan Johson
Chief Financial Officer