IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| iBAHN CORPORATION, | ) | Case No. 13-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

**COMMON SHAREHOLDERS**

| SHAREHOLDER | ADDRESS | NUMBER OF SHARES |
|---|---|---|
| David Garrison | 3081 Fairway Hills CT<br>Park City, UT 84060 | 18,597,702 |
| Q.A.T. Investments S.A. | World Trade Center Schiphol, Toren D, 10 hoog Schiphol Boulevard 249, NL-1118 BH Luchthaven Schiphol | 6,932,584 |
| On Command Corporation | 3900 West Innovation Street<br>Sioux Falls, SD 57107 | 5,626,307 |
| Siemens Project Ventures GmbH | Werner-von-Siemens-Str. 50<br>91052 Erlangen, Germany | 5,532,803 |
| Steven Morris | 3 Whitehill Place<br>Stirling, FK8 2JL | 5,177,038 |
| Marriott International, Inc. | 10400 Fernwood Road, Dep 910<br>Bethesda, MD 20817 | 4,980,659 |
| Michael Hagens | Houtweg<br>6 1251 CT Laren, The Neterlands | 3,729,491 |
| APV Technology Partners II, L.P. | 2370 Watson Court, Suite 200<br>Palo Alto, CA 94303 | 2,906,399 |
| VantagePoint Venture Partners III (Q), L.P. | 1001 Bayhill Drive, Suite 300<br>San Bruno, CA 94066 | 1,956,965 |
| Intel Corporation | 2200 Mission College Blvd., MS RN6.46<br>Santa Clara, CA 95054 | 1,671,857 |
| William West | 4 Windsong<br>Sandy, UT 84092 | 1,622,476 |
| Thomvest Holdings Inc. | 65 Queen Street West<br>Toronto, Ontario M5H 2M8 | 1,566,419 |
| APV Technology Partners III, L.P. | 2370 Watson Court, Suite 200<br>Palo Alto, CA 94303 | 1,374,155 |

| **SHAREHOLDER** | **ADDRESS** | **NUMBER OF SHARES** |
|---|---|---|
| Stephen Harmsen | 621 Vista View Ct<br>North Salt Lake City, UT  84054 | 1,326,699 |
| Michael Yagemann | 377 Eagle Drive<br>Jupiter, FL  33477 | 1,304,385 |
| Equant Finance B.V. | Heathrowstraat 10 1043 CH<br>Amsterdam P.O. Box 59133 | 1,143,728 |
| VantagePoint Communications Partners, L.P. | 1001 Bayhill Drive, Suite 300<br>San Bruno, CA  94066 | 1,128,413 |
| Pierre Streatfield | 66 Ockendon Road<br>London, UK  N1 3NW | 1,088,310 |
| APV Technology Partners II, LP | 2370 Watson Court, Suite 200<br>Palo Alto, CA  94303 | 1,044,429 |
| W. Eric Smith | 33 North 1200 East<br>Linden, UT  84042 | 852,200 |
| William B. West | 4 Windsong<br>Sandy, UT  84092 | 852,200 |
| CTF Investments (BVI), Inc. | 1615 M. St. Suite 700<br>Washington, DC  20003 | 819,226 |
| Brett T. Molen | 1813 E Aintree Ave<br>Draper, UT  84020 | 800,000 |
| Dr. David Andrew Hulse | Artemonos 5<br>Paradeisos Agia Paraskev Athens,  15343 | 760,184 |
| John Beletic | 3628 Dartmouth Avenue<br>Dallas, TX  75205 | 704,302 |
| Larry Dustin | 2680 139th Avenue SE #7<br>Bellevue, WA  98005 | 704,302 |
| Emmanuel van Thillo | Welvaartstraat 1<br>Boechout, Belgium  B-2530 | 554,298 |
| Candel and Partner SA | 4 Ave Hoche<br>Paris, France | 526,584 |
| Comitee B.V. | Wgeelwright 14<br>Nootdorp, Zuid-Holland  2631RL | 491,290 |
| Jim Elliott | 693 Westwood Road<br>Park City, UT  84098 | 484,208 |
| Colin Rutherford | 31 Crescent Road<br>Tilehurst, Reading  Rg3 5AH<br>United Kingdom | 481,065 |
| Fernwood Hotel Assets, Inc. | 10400 Fernwood Road, Dep 910<br>Bethesda, MD  20817-1109 | 440,742 |
| Rob Nieborg |  | 432,353 |
| Mackay Family Trust | Princes Exchange, 1 Early Grey Street<br>Edinburgh, EH3 9EE<br>United Kingdom | 425,530 |
| Carolyn Watson Sait | 9 Marsh Way, Bury St. Edmunds<br>Suffolk, 1P33 3ZF<br>United Kingdom | 345,375 |

2

DOCS_DE:189133.3 39476/001

| **SHAREHOLDER** | **ADDRESS** | **NUMBER OF SHARES** |
|---|---|---:|
| William Innes Tennent | 22 Westhall Crescent Cairneyhill<br>Dunfermline Fife, Scotland  KY12 8FQ | 317,344 |
| Comverge Limited | 1025 Thomas Jefferson St. NW<br>Washington, DC  20007 | 305,892 |
| Hotel Technology Investments I, Ltd. | 1615 M. St. Suite 700<br>Washington, D.C.  20003 | 285,413 |
| Carmelo J. Santoro | P.O. Box 2095<br>Rancho, Santa Fe  CA  92067 | 266,136 |
| Wendy S. Kelley | 1046 S Race Street<br>Denver, CO  80209 | 250,000 |
| VantagePoint Venture Partners III, L.P. | 1001 Bayhill Drive, Suite 300<br>San Bruno, CA  94066 | 248,196 |
| Per Henriksen | Upper Flat 428 Upper Richmond Road West<br>Richmond, Surrey TW10 5DY, | 220,000 |
| Jeff Selander | 3883 Evelyn Drive<br>Salt Lake City, Utah, UT  84124 | 216,675 |
| Richard Goeglein | 1000 Pine Island Court<br>Las Vegas, NV  89134 | 194,849 |
| C.E.I.T. SA | 20 Rue de Tondeurs<br>Wiltz, Luxembourg  LU 9750 | 188,461 |
| Cris Martinez | 934 Crosswind Way<br>Draper, UT  84020 | 155,208 |
| Graeme Powell | 56 Northcourt Avenue<br>Reading, Berkshire  RG2 7HQ | 152,820 |
| AHV Associates LLP | 42 Brook Street, Mayfair<br>London, UK  w1k 5db | 133,032 |
| Beethoven Participatiemaatschappij B.V | Lichtenauerlaan 122<br>3062 ME Rotterdam<br>Zuid-Holland | 110,860 |
| Peter Weinreb | Ernest Gossartstraat 20<br>Brussels, Belgium  B-1180 | 110,860 |
| Silvergnome Properties, Ltd | 35 Adam & Eve Mews<br>London W8 6UG | 110,860 |
| Jan DeHoop | 9714 Cortina Place<br>Sandy, UT  84092 | 110,000 |
| Noel Gouff | 512 E 4190 N<br>Provo, UT  84604 | 108,854 |
| Jeff Barton | 3318 Corner Canyon Rd<br>Arda, UT  84074 | 100,000 |
| Margaret M. Fasy | 220 Locust St #16D<br>Philadelphia, PA  19106 | 97,916 |
| Mark Sait | 9 Marsh Way, Bury St. Edmunds<br>Suffolk,  1P33 3ZF | 97,500 |
| Frank Langel | Kapellenstrasse 28<br>Koln, Germany  50997 | 88,687 |

| **SHAREHOLDER** | **ADDRESS** | **NUMBER OF SHARES** |
|---|---|---|
| Justin Powell | 1424 Oakcrest Dr.<br>Providence Village, TX 76227 | 85,916 |
| Elmo Doig | 1 Bridge Plaza<br>Fort Lee, NJ 07024 | 71,750 |
| APV TP Affiliates Fund III, L.P. | 2370 Watson Court, Suite 200<br>Palo Alto, CA 94303 | 62,983 |
| Shannon Michael | 188 F Street<br>Salt Lake City, UT 84103 | 62,500 |
| Nathan Moon | 1404 East Parkway Avenue<br>Salt Lake City, UT 84106 | 58,813 |
| WPS, LLC | 2370 Watson Court, Suite 200<br>Palo Alto, CA 94303 | 58,503 |
| Venture Frogs Fund I, LLC | 1000 Van Ness, Suite 201<br>San Fransicso, CA 94109 | 56,104 |
| Peter Kastelein Beheer BV | Glipper Dreef 204/A<br>Heemstede, Noord-Holland 2103WN | 55,430 |
| Rita Peeters | Bunderbeeklaan 16<br>Kapellen, Belgium B-2950 | 55,430 |
| Sean McCullough | Oude Putsebaan 29<br>Keerbergen, Belgium B-3140 | 55,430 |
| Van Duinen Beheer BV | Cissy van Marxveldtstr<br>72 Almere, Flevoland 1321 JW | 55,430 |
| VantagePoint Venture Partners III(Q), L.P. | 1001 Bayhill Drive, Suite 300<br>San Bruno, CA 94066 | 51,995 |
| Allan Charles McLaughlin | 9 Greenshead Road<br>Bearsden, Glasgow<br>Scotland G61 2DD<br>United Kingdom | 51,208 |
| mw R.O Nieborg | Apollolaan 107-III<br>Amsterdam, Netherlands 1077 AN | 50,637 |
| Hospitality Properties Trust | 400 Centre Street<br>Newton, MA 02458 | 47,872 |
| Gary Bristow | 29 Woodlands Road<br>Epsom Surrey, UK KT18 7HW | 46,500 |
| dhr G.M. de Groot | Nachtglaslaan 8<br>Naarden, Netherlands1412 EH | 45,742 |
| R.J.G. Dijkstra | Bredeweg 35 hs<br>Amsterdam, Netherlands 1098 BN | 41,572 |
| Michael Livingston | 574 N 590 W<br>American Fork, UT 84003 | 39,063 |
| C. Crince Le Roy | Tromplaan 1-c<br>Baarn, Netherlands 3742 AA | 36,767 |
| Creighton Petrey | 2653 Dearborn Street<br>Salt Lake City, UT 84106 | 34,501 |
| Stuart Sexton | 83 Ryves Avenue<br>Yateley, Hampshire GU46 6FB | 31,500 |

DOCS_DE:189133.3 39476/001

| SHAREHOLDER | ADDRESS | NUMBER OF SHARES |
|---|---|---|
| Georgina Archer | 88 Tilehurst Road<br>London SW18 3ET, UK | 30,000 |
| TWB Investment Partnership | 1201 Third Avenue, Suite 4800<br>Seattle, WA 98101 | 29,770 |
| Matt Baker | 5 Bridle Ct<br>Potomac, MD 20854 | 29,247 |
| Allan C. Kramer & Linda Kramer TTEES U/A/D 3/23/83 FBO Allan C. Kramer & Linda Kramer | 280 2nd Street, Suite 100<br>Los Altos, CA 94022 | 27,616 |
| Richard D. Hulme | 94 S 100 W<br>Alpine, UT 84004 | 27,391 |
| Brian Irwin | 5323 Ravenna Ct<br>Herriman, UT 84096 | 25,423 |
| George Longfoot | 1 Barrington Court<br>Dorking, Surrey RH4 3EL | 24,000 |
| Mike Mcgowan | 4 The Orchades<br>Hucclecote, Gloucester GL3 3RL | 24,000 |
| Derek Evans | 915 E. Concord Way<br>Bountiful, UT 84010 | 20,833 |
| E.J.J.F Lamberts | Winterheide 14<br>Grubbenvorst, Netherlands 5971 GD | 20,799 |
| Robert C. Fuehr | 4094 Worthington Drive<br>Park City, UT 94098 | 20,450 |
| Brent Checketts | 1868 West 10695 South<br>South Jordan, UT 84096 | 20,000 |
| Jared Hattaway | 5152 Alpen Glow Ct.<br>Herriman, UT 84065 | 20,000 |
| The RWH Family Limited Partnership | 2 Park Plz, Ste 800<br>Irvine, CA 92614 | 19,784 |
| Colin Barnett | 31 Crescent Road<br>Reading, RG31 5AH<br>United Kingdom | 19,500 |
| Mark J. Morgan | 522 High Berry Lane<br>Draper, UT 84020 | 18,500 |
| James R. Hunter | 8692 Pebblecrest Way<br>West Jordan, UT 84088 | 16,900 |
| Robert Rohde | 2652 W Eagle Nest LN.<br>Lehi, UT 84043 | 16,750 |
| E.A.Festa | One Henderson Way #1<br>South Boston, MA 02127 | 16,628 |
| John Witts | 10 Uliswater Drive<br>Tilehurst, Reading RG3 1GRS | 16,500 |
| Richard Ford | 109 Hartford Road<br>Davenham Cheshire, CW9 8JF | 16,500 |
| Philippe van Brabandt | Eerdegemstraat 67<br>Baardegem, Belgium B 9310 | 15,256 |

DOCS_DE:189133.3 39476/001

| **SHAREHOLDER** | **ADDRESS** | **NUMBER OF SHARES** |
|---|---|---|
| Erik Johnson | Netherlands<br>Dublin, CA 94568 | 15,000 |
| Michael Vargosko | ul. Bialy Kamien 7m 49<br>Warszawa, 02-593 | 15,000 |
| Robert Snyder | 12940 Brandywine Drive<br>Saratoga, CA 95070 | 15,000 |
| Alan Milligan | 1241 Richland Rd.<br>New Orleans, LA 70114 | 14,336 |
| R.A. Huiskes | Hoofdweg 158 III<br>Amsterdam, Netherlands 1057 DB | 13,754 |
| David Cooper | 472 Centennial Avenue<br>Lewisburg, TN 37091 | 12,500 |
| John Sharkey | 102 Cooke Street<br>Ranson, WV 25438 | 11,796 |
| Michael Molling | 1091 Jack Rabbit Run<br>Saratoga Springs, UT 84045 | 11,500 |
| M. Nieborg | Ruysdaelkade 39 hs<br>Amsterdam, Netherlands 1072 AH | 11,086 |
| M.P. Klerk | 2010 E. Evergreen Ave.<br>Salt Lake City, UT 84109 | 11,086 |
| Morgan Stanley DW Inc. Cust. for Richard J. Goeglein IRA Std/Rollover Dtd 02/20/02 | 1000 Pine Island Court<br>Las Vegas, NV 89134 | 11,047 |
| Thomas Hampton | 429 N. 300 W.<br>American Fork, UT 84003 | 10,974 |
| Steve McDaniel | 2091 East Royal Farms Dr<br>Salt Lake City, UT 84121 | 10,533 |
| Steve Bate | 10223 N Cottonwood Dr<br>Cedar Hills, UT 84062 | 10,125 |
| Michael Ownby | 740 Beckenham Walk Drive<br>Dacula, GA 30019 | 10,000 |
| David J. Peterson | 785 North Eagle Ridge Drive<br>Bountiful, UT 84010 | 9,750 |
| TBCC Funding Trust II, by Transamerica Commercial Finance Corporation I | 76 Batterson Park Road<br>Farmington, CT 06032-2571 | 9,531 |
| George Norr | 579 Connie Dr<br>Midvale, UT 84047 | 9,478 |
| Brett D. Thacker | 338 North 650 West<br>Lindon, UT 84042 | 9,375 |
| A.H.M Ingenbleek | Houtweg 6<br>Laren Netherlands 1251 CT | 9,026 |
| Kevin Maley | 305 Warren Road<br>West Chester, PA 19382 | 8,750 |
| Palisade Private Partnership L.P. | One Bridge Plaza<br>Fort Lee, NJ 07024 | 8,750 |

DOCS_DE:189133.3 39476/001

| SHAREHOLDER | ADDRESS | NUMBER OF SHARES |
|---|---|---|
| Aaron Meyer | 11964 S. Blue Heron Dr. Draper, CT 84020 | 8,178 |
| Jon R. Hinton | 4019 W 12050 S Riverton, UT 84-96 | 7,680 |
| Brandon Gaisford | 1238 East 5840 South Salt Lake City, UT 84121 | 7,500 |
| Rom van der Zee | 29643 Paintbrush Dr. Evergreen, CO 80438 | 7,375 |
| Douglas Johnson | 10313 N Forest Creek Drive Cedar Hills, UT 84606 | 7,360 |
| Derek Madsen | 1741 North 860 West Orem, UT 84057 | 7,250 |
| David R. Ruby | 20507 Shadyside Way Germantown, MD 20874 | 7,127 |
| Amy Gregory | 11727 S Rock Willow Way Parker, CO 80134 | 6,937 |
| The Smith Family Trust, Wallace E. Smith (Trustee) | 4095 Fruit Street, Space 504 La Verne, CA 91750 | 6,626 |
| Phil E. Moody | 1737 Michigan Avenue Salt Lake City, UT 84188 | 6,351 |
| Steve Lundgren | 9539 S. Brandy Spring Lane #105 Sandy, UT 84070 | 6,274 |
| James Sam Thompson | 207 Weaver St Larchmont, NY 10538 | 6,250 |
| James D. Voss | 1105 Rosemont Ave Frederick, MD 21701 | 6,137 |
| LeMonte Gregory | 8265 South Poplar Way #104 Centennial, CO 80112 | 6,067 |
| Dale Nielsen | 81189 Beaumont Drive Sandy, UT 84093 | 6,000 |
| Melvin Hansen | 814 W. Germania Ave. Murray, UT 84123 | 6,000 |
| Mike Faddis | 2813 S Dard Hills Ct Salt Lake City, UT 84109 | 5,633 |
| Rick Jones | 466 Cherry Crest Drive Draper, UT 84020 | 5,625 |
| Marcourt Investments Incorporated | 50 Rockerfeller Plaza New York, NY 10020 | 5,543 |
| Tony Benjamin | 1187 South Sunrise Lane Farmington, UT 84025 | 5,200 |
| Lori Pugh | 278 West 13240 So. Draper, UT 84020 | 5,000 |
| Shawn Henry | 1152 No. 150 West American Fork, UT 84003 | 5,000 |
| Randall S. Tate | 12154 Andrew View Circle Draper, UT 84020 | 4,774 |

7

DOCS_DE:189133.3 39476/001

| SHAREHOLDER | ADDRESS | NUMBER OF SHARES |
|---|---|---|
| Ryan Gasser | 236 West 1050 So. Bountiful, UT 84010 | 4,500 |
| Vincent Scarmack, Jr. | 60 Hemlock Lane Bay Shore, NY 11706 | 4,000 |
| Ryan Awig | 5700 Crecy Ct Bryans Road,, MD 20616 | 3,846 |
| Laurie Williams, Trustee of the Laurie Ann Marie Aguilar Revocable Trust dated 05-12-2003 | | 3,837 |
| Todd Coley | 662 S 1160 W Orem, UT 84058 | 3,542 |
| Judson Arnold | 1020 South 100 East Bountiful, UT 84010 | 3,500 |
| Steven Johns | 1372 So. Main Street Bountiful, UT 84010 | 3,438 |
| Kevin Steele | 17231 Blackhawk Blvd #107 Friendswood, TX 77546 | 3,333 |
| Nicol F. Draper | 9052 South Excalibur Way West Jordan, UT 84088 | 3,300 |
| Hollie Howton | 1984 View Street Salt Lake City, UT 84105 | 3,000 |
| F. Jonker | Streksingel 87 Rotterdam, Netherlands 3054 HC | 2,771 |
| R.S. Wilkhu | 33 Alleyn Park Southhall Middlesex, UK UB2 5QU | 2,771 |
| W. Rietberg | Staalmeesterslaan 137 Amsterdam, Netherlands 1057 NP | 2,771 |
| Mark Miner | 105 West Hidden Hollow Drive Orem, UT 84058 | 2,600 |
| Andrea T. Goeglein Custodian Dana C. Goeglein – Uniform Transfer to Minors Act | 1000 Pine Island Court Las Vegas, NV 89134 | 2,207 |
| Nathan Jensen | 2281 North 1050 West Pleasant Grove, UT 84062 | 1,955 |
| Jennifer Vanderlinden | 4403 West Sun Drive Salt Lake City, UT 84118 | 1,808 |
| Alex Lee | 4612 Greenvaley Dr. Salt Lake City, UT 84107 | 1,677 |
| 1994 Richard and Andrea Goeglein Trust | 1000 Pine Island Court Las Vegas, NV 89134 | 1,656 |
| 2000 Gage Michael Goeglein Trust, Richard Goeglein, Trustee | 1000 Pine Island Cour Las Vegas, NV 89134 | 1,656 |
| 2000 Miles Andrew Goeglein Trust, Richard Goeglein, Trustee | 1000 Pine Island Court Las Vegas, NV 89134 | 1,656 |
| Dusty Casey | 75 S West Temple Salt Lake City, UT 84101 | 1,568 |

8

| SHAREHOLDER | ADDRESS | NUMBER OF SHARES |
|---|---|---|
| Michael Chrisopherson | 2985 South 1100 East<br>Salt Lake City, UT 84106 | 1,250 |
| Michael Seamons | 22260 Village Way Drive<br>Canyon Lake, CA 92587 | 1,140 |
| Matt N. Tall | 14466 Long Ridge Drive<br>Herriman, UT 84096 | 1,052 |
| Ivan Nelson | 907 E Windsor Lane<br>Bountiful, UT 84010 | 1,021 |
| Michael T. Tall | 2251 Lincoln Lane<br>Salt Lake City, UT 84124 | 1,020 |
| Robert Mitchell | 1520 Warm Springs Drive<br>Allen, TX 75002 | 1,000 |
| Michelle J. Tolman | 1542 West 2500 South<br>Syracuse, UT 84075 | 986 |
| Scot A. Barrus | 4505 Leo Way<br>Holladay, UT 84117 | 986 |
| Steven Ovard | 1084 East 8380 South<br>Sandy, UT 84094 | 978 |
| Shelby M. Larsen | 172 South 925 West<br>Orem, UT 84058 | 959 |
| Reid Green | 2517 Cardillo Avenue<br>Hacienda Heights, CA 91745 | 893 |
| Vinh Do | 9517 Heather Brook Circle<br>South Jordan, UT 84095 | 893 |
| Anna Smith | 53 E. Horseshoe Road<br>Saratoga Springs, UT 84043 | 750 |
| Christian Peay | 621 North 800 West<br>Orem, UT 84057 | 750 |
| Justin Hattaway | 11 S. 1000 E.<br>Bountiful, UT 84010 | 750 |
| New York City Investment Fund L.P. | 1 Battery Park Plaza<br>New York, NY 10004 | 750 |
| Garth Holmoe | 1397 South Lincoln<br>Salt Lake City, UT 84105 | 719 |
| John Hattaway | 30241 County Road, R<br>Delores, CO 84323 | 719 |
| Jennifer Tall | 14466 Long Ridge Drive<br>Herriman, UT 84096 | 688 |
| Gilbert R. Alviso | 8402 South 4800 West<br>West Jordan, UT 84088 | 658 |
| John Paul Scoville | 10312 Stoneflower Dr<br>Parker, CO 80134 | 658 |
| Matthew W. Bowler | 389 East 720 South<br>Orem, UT 84058 | 638 |
| Samuel K. Haslam | 79 West 1450 #91<br>Provo, UT 84604 | 638 |

DOCS_DE:189133.3 39476/001

| SHAREHOLDER | ADDRESS | NUMBER OF SHARES |
|---|---|---|
| William Sivley | 7402 South 1300 West<br>West Jordan, UT 84084 | 553 |
| Daniel P. Williams | 11941 S Woodridge Road<br>Sandy, UT 84094 | 526 |
| Barbara Eubanks | 2608 Central Park Way<br>Taylorsville, UT 84118 | 500 |
| John Dutson | 6678 West 13400 South<br>Herriman, UT 84096 | 375 |
| Trask Young | 1361 South 1440 East<br>Provo, UT 84606 | 375 |
| Antonio Neyra | 678 West 200 North #1<br>Provo, UT 84601 | 359 |
| John Herzog | 1552 W 500 N<br>Lindon, UT 84042 | 359 |
| Kenneth Fiaui | 916 East 50 North<br>Lindon, UT 84042 | 359 |
| 1102 West Street Partnership | 1102 N West Street<br>Wilmington, DE 19801 | 352 |
| Eric Hanna | 1040 KC Amsterdam<br>Salt Lake City, UT 84105 | 250 |
| Joy Velarde | 1551 North Durecher Lane<br>Tooele, UT 84074 | 250 |
| Judd Arnold | 1020 South 100 East<br>Bountiful, UT 84010 | 250 |
| Kip Knighton | 5890 South Kingston Way<br>Murray, UT 84107 | 240 |
| Gaelyn Derr | 1636 Laid Ave<br>Salt Lake City, UT 84105 | 200 |
| JoAnn Williams | 1960 View Street #2<br>Salt Lake City, UT 84105 | 200 |
| Margaret M. Hayes | 1775 Homestead Farm Lane #3<br>West Valley, UT 84119 | 146 |
| Jennifer Alverson | 850 North Highway 89 #2D<br>Provo, UT 84601 | 125 |
| Linda C. Duffy | 2220 East 4800 South #80<br>Holladay, UT 84117 | 100 |
|  |  |  |
|  | TOTAL | 84,366,825 |

DOCS_DE:189133.3 39476/001

## PREFERRED SHAREHOLDERS

| SHAREHOLDER | ADDRESS | NUMBER OF SHARES |
|---|---|---|
| VantagePoint Venture Partners III (Q), L.P. | 1001 Bayhill Drive, Suite 300<br>San Bruno, CA 94066 | 27,504,000 |
| APV Technology Partners III, L.P. | 2370 Watson Court, Suite 200<br>Palo Alto, CA 94303 | 20,844,627 |
| Siemens Project Ventures GmbH | SFS PSF-IC&I EMEA EQ<br>Werner-von-Siemens-Str. 50<br>91052 Erlangen, Germany | 19,800,001 |
| Marriott International, Inc. | 10400 Fernwood Road, Dep 910<br>Bethesda, MD 20817 | 19,176,200 |
| APV Technology Partners II, L.P. | 2370 Watson Court, Suite 200<br>Palo Alto, CA 94303 | 17,799,999 |
| Middlefield Ventures, Inc. | 2200 Mission College Blvd., MS RN6.46<br>Santa Clara, CA 95052 | 12,335,337 |
| Rogers Communications Inc. | 333 Bloor Street East<br>Toronto, ON M4W 1G9 | 11,587,890 |
| On Command Corporation | 3900 West Innovation Street<br>Sioux Falls, SD 57107 | 10,398,000 |
| VantagePoint Communications Partners, L.P. | 1001 Bayhill Drive, Suite 300<br>San Bruno, CA 94066 | 8,775,293 |
| VantagePoint Communications Partners III (Q), L.P. | 1001 Bayhill Drive, Suite 300<br>San Bruno, CA 94066 | 8,577,027 |
| Intel Capital Corporation | 2200 Mission College Blvd., MS RN6.46<br>Santa Clara, CA 95054 | 8,000,001 |
| Thomvest Holdings Inc. | 65 Queen Street West<br>Toronto, Ontario M5H 2M8 | 7,868,132 |
| VantagePoint Venture Partners III(Q), L.P. | 1001 Bayhill Drive, Suite 300<br>San Bruno, CA 94066 | 7,222,930 |
| VantagePoint Venture Partners III, L.P. | 1001 Bayhill Drive, Suite 300<br>San Bruno, CA 94066 | 4,235,214 |
| Dana Commercial Credit Corporation | 1801 Richards Road<br>Toledo, OH 43607 | 3,999,999 |
| GATX Capital Corporation | Four Embarcadero Center, Suite 2200<br>San Fransicso, CA 94111 | 3,999,999 |
| CNL Travel Services, Inc. | 420 South Orange Ave, Suite 700<br>Orlando, FL 32801 | 3,550,111 |
| Ashford TRC Corporation | 668 W 5th Street<br>Covington, KY 41011 | 2,243,836 |
| CTF Investments (BVI) Inc. | 1615 M. St. Suite 700<br>Washington, DC 20003 | 1,511,998 |
| VantagePoint Communications Partners III, L.P. | 1001 Bayhill Drive, Suite 300<br>San Bruno, CA 94066 | 1,045,185 |
| APV TP Affiliates Fund III, L.P. | 2370 Watson Court, Suite 200<br>Palo Alto, CA 94303 | 955,373 |

DOCS_DE:189133.3 39476/001

| SHAREHOLDER | ADDRESS | NUMBER OF SHARES |
|---|---|---|
| Hotel Technology Investments I, Ltd. | 1615 M. St. Suite 700<br>Washington, DC  20003 | 527,999 |
| TWB Investment Partnership, L.P. | 1201 Third Avenue, Suite 4800<br>Seattle, WA  98101 | 494,895 |
| Richard Goeglein | 1000 Pine Island Court<br>Las Vegas, NV  89134 | 360,120 |
| Matt Baker | 5 Bridle Ct<br>Potomac, MD  20854 | 355,439 |
| Carmelo Santoro | P.O. 2095<br>Rancho Santa Fe, CA  92067 | 300,000 |
| WPS, LLC | 2370 Watson Court, Suite 200<br>Palo Alto, CA  94303 | 187,999 |
| WPS, LLC (APV) | 2370 Watson Court, Suite 200<br>Palo Alto, CA  94303 | 160,000 |
| Allan C. Kramer & Linda Kramer TTEES U/A/D 3/23/83 FBO Allan C. Kramer & Linda Kramer | 280 2nd Street, Suite 100<br>Los Altos, CA  94022 | 108,932 |
| The Smith Family Trust, Wallace E. Smith (Trustee) | 4095 Fruit Street<br>Space 504 La Verne, CA  91750 | 24,753 |
| Morgan Stanley Custodian for Richard Goeglein (IRA) | 1000 Pine Island Court<br>Las Vegas, NV  89134 | 20,420 |
| Steve Lundgren | 9539 S. Brandy Spring Lane #105<br>Sandy, UT  84070 | 12,000 |
| Andrea T. Goeglein Custodian Dana C. Goeglein – Uniform Transfer to Minors Act | 1000 Pine Island Court<br>Las Vegas, NV  89134 | 4,082 |
| 1994 Richard and Andrea Goeglein Trust | 1000 Pine Island Court<br>Las Vegas, NV  89134 | 3,065 |
| 2000 Gage Michael Goeglein Trust, Richard Goeglein, Trustee | 1000 Pine Island Court<br>Las Vegas, NV  89134 | 3,065 |
| 2000 Miles Andrew Goeglein Trust, Richard Goeglein, Trustee | 1000 Pine Island Court<br>Las Vegas, NV  89134 | 3,062 |
| Dusty Casey | | 3,000 |
| | | |
| | TOTAL | 203,999,983 |

DOCS_DE:189133.3 39476/001

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| iBAHN CORPORATION, | ) | Case No. 13-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

The debtor and debtor in possession (the "Debtor") in the above-captioned case, hereby certifies under penalty of perjury that the *List of Equity Security Holders* of the Debtor submitted herewith, pursuant to Local Rule 1007-1 (a) of the Bankruptcy Court for the District of Delaware, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 6, 2013

_____
Ryan Jonson
Chief Financial Officer

13