IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| iBAHN CORPORATION, et al.,[1] | ) | Case No.: 13-12285 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: [proposed] November 25, 2013, at 12:00 Noon (prevailing Eastern time)**
**Hearing Date: [proposed] November 26, 2013 at 3:30 p.m. (prevailing Eastern time)**

**MOTION TO SHORTEN NOTICE OF, AND SCHEDULE A HEARING ON,
MOTION OF DEBTORS FOR AN ORDER (1) FIXING BAR DATE FOR THE FILING
OF PROOFS OF CLAIM, (2) FIXING BAR DATE FOR THE FILING OF PROOFS OF
CLAIM BY GOVERNMENTAL UNITS, (3) FIXING BAR DATE FOR THE FILING OF
REQUESTS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS, (4)
FIXING BAR DATE FOR THE FILING OF REQUESTS FOR ALLOWANCE OF
WARN ACT CLAIMS, (5) DESIGNATING FORM AND MANNER
OF NOTICE THEREOF, AND (6) GRANTING RELATED RELIEF**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file

this motion for entry of an order, substantially in the form attached hereto as Exhibit A (the

"Order"), to shorten the notice period of, and schedule a hearing on, the *Motion of Debtors for an*

*Order (1) Fixing Bar Date for the Filing of Proofs of Claim, (2) Fixing Bar Date for the Filing of*

*Proofs of Claim by Governmental Units, (3) Fixing Bar Date for the Filing of Requests for*

*Allowance of Administrative Expense Claims, (4) Fixing Bar Date for the Filing of Requests for*

*Allowance of WARN Act Claims, (5) Designating Form and Manner of Notice Thereof, and*

*(6) Granting Related Relief* (the "Motion"), filed contemporaneously herewith, such that (i) the

Motion may be heard at the hearing scheduled on November 26, 2013 at 3:30 p.m., (ii) requiring

that objections to the Motion, if any, be filed on or before November 25, 2013 at 12:00 Noon,

and (iii) allowing the Debtors to file a certification of no objection (the "CNO") on November

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: iBAHN
Corporation (9189), iBAHN General Holdings Corp. (5253), and iBAHN Leasing LLC (2004). The location of the
Debtors' headquarters and the service address for each of the Debtors is 2755 E. Cottonwood Parkway, Suite 400
Salt Lake City, Utah 84121.

25, 2013 at 5:00 P.M. if no objections are timely filed. In support of this motion, the Debtors respectfully state as follows.

## Jurisdiction

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief requested herein is Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## Relief Requested

4. The Debtors request that the Court shorten the period for notice of the hearing on the Motion so that this Court may consider the Motion on an expedited basis at the hearing scheduled on November 26, 2013 at 3:30 p.m.

## Basis for Relief

5. Local Rule 9006-1(c)(i) provides that unless the Bankruptcy Rules or the Local Rules state otherwise, "all motion papers shall be filed and served in accordance with Local Rule 2002-1(b) at least eighteen (18) days (twenty-one (21) days if service is by first class mail; nineteen (19) days if service is by overnight delivery) prior to the hearing date." Local Rule 9006-1(e) provides in pertinent part that "no motion will be scheduled on less notice than

required by these Local Rules or the Fed. R. Bankr. P. except by order of the Court, on written motion . . . specifying the exigencies justifying shortened notice."

6.    In support of this Motion to Shorten, the Debtors represent that a prompt hearing on the Motion is in the best interest of Debtors' estate.  Pursuant to the Motion, the Debtors seek to establish a deadline for filing certain claims against the Debtors and obtain approval of the form and manner of notices to be sent to creditors regarding the deadlines.  The Debtors seek to determine the extent of claims in a prompt and efficient manner.  Under the deadlines and manner of notification proposed in the Motion, the Debtors propose a Claims Bar Date, an Administrative Claims Bar Date and a WARN Act Claims Bar Date which are forty-seven days from the proposed date of service of the Bar Date Notice.  Thus, the Debtors would like the Motion heard as soon as possible to begin the claims analysis process.

7.    The Debtors also submit that hearing the Motion on shortened notice will not prejudice parties in interest.  In order to allow parties additional time to respond, this Motion to Shorten and the Motion are being served via hand delivery or overnight delivery on (a) the Office of the United States Trustee; (b) counsel to the Debtors' prepetition and postpetition lender; (c) the thirty five largest unsecured creditors of the Debtors; and (d) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties"). If notice of the Motion is approved as requested, the Notice Parties will have 13 days' notice of the Hearing on the Motion

8.    Accordingly, the Debtors respectfully submit that sufficient cause exists to justify: (a) shortening the period for notice of the hearing on the Motion; (b) scheduling a hearing on the Motion on November 26, 2013, at 3:30 p.m.; (c) setting November 25, 2013 at 12:00 Noon as the

objection deadline for the Motion; and (d) allowing the Debtors to file a CNO on November 25, 2013 at 5:00 P.M., if no objections are timely filed.

**Notice**

9.      The Debtors have provided notice of this motion and the Motion by e-mail, hand delivery, overnight mail, express mail, or facsimile to: (a) the Office of the United States Trustee; (b) counsel to the Debtors' prepetition and postpetition lender; (c) the thirty five largest unsecured creditors of the Debtors; and (d) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").

10.      If the Court grants this motion, the Debtors will immediately serve a copy of the Order and a notice for the hearing on the Motion on the above-noted Notice Parties by e-mail, hand delivery, overnight mail, express mail, or facsimile.

**No Prior Request**

11.      No prior motion for the relief requested herein has been made to this or any other court.

WHEREFORE, the Debtors respectfully requests the entry of an order:  (a) shortening the period for notice of the hearing on the Motion; (b) scheduling a hearing on the Motion on November 26, 2013, at 3:30 p.m.; (c) setting November 25, 2013 at 12:00 noon as the objection deadline for the Motion; and (d) allowing the Debtors to file a CNO on November 25, 2013 at 5:00 P.M.., if no objections are timely filed.

Dated:  November  _R_, 2013

PACHULSKI STANG ZIEHL & JONES LLP

_James E. O'Neill_

Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar 167624)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Telephone:  302-652-4100
Facsimile:  302-652-4400
E-mail:ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        joneill@pszjlaw.com
        tcairns@pszjlaw.com

Counsel to the Debtors and Debtors in Possession