IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| iBAHN CORPORATION, et al.,[1] | ) | Case No.: 13-12285 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related Docket No. 158 |

### ORDER APPROVING INCENTIVE PLAN
### AND AUTHORIZING PAYMENTS THEREUNDER

This matter came before the Court on the *Debtors' Motion for an Order Approving an Incentive Plan and Authorizing Payments Thereunder* (the "Motion"), filed by iBAHN Corporation, et al., the above-captioned debtors and debtors in possession (the "Debtors"). The Court having reviewed the Motion, finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) venue of this chapter 11 case in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Motion was sufficient under the circumstances, and the Court having determined that the legal and factual bases set forth in the Motion establish cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtors, their estates, creditors, and other parties in interest;

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: iBAHN Corporation (9189), iBAHN General Holdings Corp. (5253), and iBAHN Leasing LLC (2004). The location of the Debtors' headquarters and the service address for each of the Debtors is 2755 E. Cottonwood Parkway, Suite 400 Salt Lake City, Utah 84121.

DOCS_DE:190316.1 39476/001

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED and the Incentive Plan is APPROVED.

2. The Debtors are authorized to implement the Incentive Plan.

3. If the Eligible Employees meet the Performance Goals, as set forth in the Incentive Plan, then the Debtors are authorized to pay the Eligible Employees their respective incentive payments pursuant to the terms of the Incentive Plan and Exhibit A thereto.

4. This Court shall retain jurisdiction over all matters set forth in the Motion, including the entitlement of any party to any payment pursuant to the Incentive Plan.

Dated: ~~November~~ Dec. 15, 2013

_____
Honorable Peter J. Walsh
United States Bankruptcy Court