# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

| | |
|---:|---|
| **Debtor:** | IBAHN CORPORATION |
| **Case Number:** | 13-12285-PJW     **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, MARCH 11, 2014 04:00 PM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | PETER J. WALSH |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | MICHAEL MILLER |

### *Matter:*

Omnibus

**R / M #:**   291 / 0

### *Appearances:*

See attached Court sign-in sheet

### *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Certification of Counsel and Order signed
#2 - Status Conference - Continued to next omnibus date: 4/22/14 @ 10:00 a.m.
#3 - Approved - revised order due