IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| iBAHN CORPORATION, et al.,[1] | ) | Case No. 13-12285 (LSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 3, 2015, AT 10:00 A.M.[2]**

**PLEASE NOTE THAT THE HEARING WILL BE
HELD AT THE FOLLOWING LOCATION:**

**824 N. MARKET STREET
6th FLOOR, COURTROOM NO. 2
WILMINGTON, DELAWARE**

## UNCONTESTED MATTER:

1.    Second Consolidated Monthly and Final Fee Application of Epiq Bankruptcy Solutions, LLC as Administrative Advisor to the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses for the Second Monthly Consolidated Period from January 1, 2014 through March 31, 2014 and for the Final Period from September 6, 2013 through March 31, 2014 [Filed: 1/13/15] (Docket No. 434)

Response Deadline:  January 27, 2015, at 4:00 p.m.

Responses Received:  None as of the date of filing this Agenda.

Related Documents:

A.    Certification of No Objection Regarding Second Consolidated Monthly and Final Fee Application of Epiq Bankruptcy Solutions, LLC as Administrative Advisor to the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses for the Second Monthly Consolidated Period from January 1, 2014 through March 31, 2014 and for the Final Period from September 6, 2013 through March 31, 2014 [Filed: 1/30/15] (Docket No. 443)

Status:  A certification of no objection has been filed.

---

[1]  The Debtors, together with the last four digits of each Debtor's tax identification number, are:  iBAHN Corporation (9189), iBAHN General Holdings Corp. (5253), and iBAHN Leasing LLC (2004).  The location of the Debtors' headquarters and the service address for each of the Debtors is 126 West Sego Lily Drive, Suite 100 Sandy, UT 84070.

[2]  Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

**CONTESTED MATTER:**

2.    Debtors' Motion for an Order (A) Dismissing Chapter 11 Cases and (B) Providing Certain Relief in Connection with the Foregoing for the Debtors' Claims Agent [Filed: 1/13/15] (Docket No. 433)

Response Deadline:  January 27, 2015, at 4:00 p.m.

Responses Received:

A.    Objection to the Motion to Dismiss by Erin Dolin of Dolin PR [Filed: 1/28/15] (Docket No. 442)

B.    Informal Response by Carl Berg [Received: 1/26/15]

Related Documents:  None as of the date of filing this Agenda.

Status:  This matter will go forward.

Dated:    January 30, 2015

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Telephone:  302-652-4100
Facsimile:  302-652-4400
E-mail:ljones@pszjlaw.com
    joneill@pszjlaw.com
    pkeane@pszjlaw.com

Counsel to the Debtors and Debtors in Possession

DOCS_DE:197645.1 39476/001