# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | IBAHN CORPORATION | | |
| **Case Number:** | 13-12285-LSS | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 03, 2015 10:00 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN | | |
| **Courtroom Clerk:** | CACIA BATTS | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

### *Matter:*

Omnibus

**R / M #:**   444 / 0

### *Appearances:*

See Court Sign-In Sheet

### *Proceedings:*

Hearing held. Agenda Items:
1. Order signed
2. Order signed - Order dismissing Chapter 11 cases